FILED
CV-14-HA-0665-S   2014 Apr-11  AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA FILED

Mark Hughes Carter

Inmate Identification Number: ~~XXXXXXX~~

260 143

(Enter above the full name of the plaintiff
in this action)

2014 APR 10  P 12: 25

U.S. DISTRICT COURT

*NOTICE TO FILING PARTY* ALABAMA

*It is your responsibility to
notify the clerk in writing of any
address change.*

*Failure to notify the clerk may
result in dismissal of your case
without further notice.*

vs.

Sergeant          Loseter

Warden  Reni  Mason

Commissioner  Kim  Thomas

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
Yes (   )          No ( ✓ )

    B.   If the answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
same outline.)

        1.   Parties to this previous lawsuit:

        Plaintiff: _____

        Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement Bullock Correctional Facility (at time of incident)

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )    No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

C. If your answer is YES:

   1. What steps did you take? _____

   _____

   2. What was the result? _____

D. If your answer is NO, explain why not: They do not have a grievance procedure except for medical only.

_____

_____

3

III.    Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A.    Name of Plaintiff(s)  Mark Hughes Carter - AIS# 260143

Address  646 BRiARHiLL RD.
FLORENCE, MS 39073

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.    Defendant  Sergeant Laseter
Is employed as  Sergeant for Department of Corrections (Correctional Officer)
at  Bullock Correctional Facility

C.    Additional Defendants  Darden Mason - Warden Bullock Correctional.
Kim Thomas - Commisioner Alabama Department
of Corrections

IV.    Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

December 12th 2013; I Mark Hughes Carter reported
to Sergeant Laseter at the Shift Command Office
whom verbally assaulted me with threatening tones
and gestures. There were threats of violence, extensive
profanity, as well as several deamining and racial
remarks. These actions were based upon a phone

4

call that she recieved from someone whom doesn't have my best interest at heart. The information was false, there was nor could ever be any evidence to support her allegations. Procedure does call for an investigation, however the way in which it was handled was improper and my treatment unjustified and cruel.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

① Demotion of Sergeant haseter to Correctional Officer (COI),
② Suspension of Sergeant haseter for two weeks without pay. ③ Payment in the amount of ten thousand dollars each ($10,000.⁰⁰) for punitive damages from Sergeant haseter, Warden Mason, and Commissioner Kim Thomas for a total of thirty thousand dollars ($30,000.⁰⁰)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4 - 7 - 14___.

___Mark Carter___
SIGNATURE

ADDRESS ___646 BRiARHiLL RD___
___FLORENCE, MS___
___39073___

AIS # ___260143___

5