IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK HUGHES CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-605-WKW |
| ) | [WO] |
| SERGEANT LASETER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 24, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915e(2)(B)(i) and (ii).

DONE this 11th day of July, 2014.

　　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE